JUNE 7, 1994

No. 93–8811. IN RE KUKES. Petition for writ of mandamus dismissed under this Court's Rule 46.